IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE UTILITIES BOARD OF TUSKEGEE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:22-CV-420-WKW |
| 3M COMPANY, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

**RULE 54(b) FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 54(b) and finding no just reason for delay, judgment is ENTERED dismissing Defendant Corteva, Inc. with prejudice.

DONE this 18th day of October, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE