IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE UTILITIES BOARD OF TUSKEGEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cv-420-RAH |
| | ) | |
| 3M COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's *Motion Requesting Order Dismissing Defendant 3M Company Inc.* (doc. 83) filed on February 10, 2025. Plaintiff moves this Court pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss its claims without prejudice against the final remaining defendant in this action.

Upon consideration of the motion and for good cause, the motion (doc. 83) is **GRANTED**. This action is dismissed without prejudice on the terms agreed to and set out by the parties. All pending deadlines are terminated.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** on this the 11th day of February 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE